Tanja L. Darrow, Bar No. 175502
tdarrow@littler.com
LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, California  90071
Telephone:  213.443.4300
Fax No.:     800.715.1330

Brooke S. Hammond, Bar No. 264305
LITTLER MENDELSON, P.C.
bhammond@littler.com
2049 Century Park East
5th Floor
Los Angeles, California 90067.3107
Telephone:  310.553.0308
Fax No.:     800.715.1330

Attorneys for Defendant
ELLEN STONE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA LOVE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ELLEN STONE, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-3122-JFW(Ex)<br><br>**DECLARATION OF LEAD COUNSEL**<br><br><br>Complaint Filed:<br>February 28, 2023<br>Los Angeles Superior Court |

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

DECLARATION OF LEAD COUNSEL  CV
23-3122-JFW(EX)

**DECLARATION OF TANJA L. DARROW**

I, Tanja L. Darrow, hereby declare and state as follows:

1.       I am an attorney at law duly licensed to practice in the State of California and the United States District Court for the Central District of California. I am a shareholder with Littler Mendelson, P.C., counsel of record for Defendant ELLEN STONE ("Defendant").  I have personal knowledge of the following facts, and if called to testify, I could and would competently testify thereto.

2.       I am Lead Trial Counsel for Defendant in the above-referenced matter.

3.       I am registered as a "CM/ECF User" in the United States District Court for the Central District of California.

4.       My email address of record is tdarrow@littler.com.

5.       I have read the Court's Standing Order and Local Rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed on April 28, 2023 at Los Angeles, California.

_____

Tanja L. Darrow

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

1                    DECLARATION OF LEAD COUNSEL