**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 23-3122-JFW(Ex)** | Date: June 6, 2023 |
| Title: | Andrea Love *-v-* Ellen Stone, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (In Chambers):** ORDER GRANTING IN PART PLAINTIFF ANDREA LOVE'S EX PARTE TO CORRECT FILING OF AN UNREDACTED MOTION [filed 6/2/2023; Docket No. 19];

ORDER STRIKING AND SEALING PLAINTIFF'S MOTION TO REMAND REMOVED ACTION [filed 5/26/2023; Docket No. 18]

On June 2, 2023, Plaintiff Andrea Love ("Plaintiff") filed a Ex Parte to Correct Filing of an Unredacted Motion ("Ex Parte Application"), seeking the Court's permission to withdraw Plaintiff's Motion to Remand this case to state court and to refile a redacted version of the exact same motion in lieu of the prior unredacted filing, or alternatively, have the motion sealed by the Court. On June 2, 2023; Defendant Ellen Stone ("Defendant") filed her Limited Opposition to Plaintiff's *Ex Parte* Application. Defendant does not oppose the Ex Parte Application to the extent that Plaintiff seeks to seal and strike such information from the public record. However, Defendant contends that Plaintiff should not be permitted to refile the motion and that the Court should deny the motion and sanction Plaintiff and her counsel.

As an initial matter, Plaintiff's Motion to Remand Removed Action filed on May 26, 2023 (Docket No. 18) is **STRICKEN** for failure to comply with paragraph 5(b) of the Court's Standing Order, which requires a Joint Statement to be filed not more than 3 days after the Local Rule 7-3 conference. The Court, however, **GRANTS** Plaintiff's Ex Parte Application to seal the stricken motion, to ensure that Defendant's sensitive and private information is not publicly available. The Court **DENIES** Defendant's request to prohibit Plaintiff from refiling the motion and to sanction Plaintiff and her counsel.

      If Plaintiff wishes to re-file her Motion, lead counsel shall meet and confer in person by June 12, 2023.  If the parties cannot resolve the issues raised in the Motion, within 2 days of the meet and confer, each party shall file a declaration setting forth the issues resolved at the conference and those issues that were not resolved with a detailed explanation of why those issues could not be resolved.  If a Motion remains necessary, it shall not be filed until 2 days after each party files the declaration required by this Order.

      IT IS SO ORDERED.

Initials of Deputy Clerk  sr