In 2016 I moved to Los Angeles from Chicago. I wanted to live closer to my adult daughter who had just dropped out of graduate school and my mother. (Also I wanted to be closer to the Dare community and the spiritual and — 

Shortly after I moved some friends introduced me to / invited me to go to Ifa service to learn abt Ifa. I started from the community. Over dinner they told me how Ifa was based in Nigeria and was a base for the diaspora. Transported to the Caribbean... I had left visited

Friends invited me to go to them to an IFA service in E Los Angeles. I didn't know much about IFA except that it was the root of various African religions and but for many years I had faced in Haitian Vaudou and Cuban's (called tinos in Vaudu) the energy that can enter view and it was many years ago, but my mother had transform had a close rel. w/ a young Haitian doctor on an art trip in Haiti & had been in love w/ a young Haitian doctor (# in his 20's) who introduced me to the spirits as in the arts. They said that Ifa uses the same/like cosmology of energetic

I met Babs after I moved to Los Angel from Chicago. Some friends from the T Dare community