

# Membership



The Miracle Mile Residential Association (MMRA) is a non-profit corporation that represents all the residents of the Miracle Mile – renters and property owners alike. We are the voice of the community on a wide range of issues from crime, traffic safety, liquor licensing, new development, Miracle Mile HPOZ, and Neighborhood Watch. Since 1983, the MMRA has worked closely with city representatives to preserve the quality of life in the Miracle Mile.

The MMRA is an all-volunteer organization, and our Board of Directors serves without remuneration. Payment of annual dues enables us to hold annual community-wide meetings, support outreach to the community, maintain our website, as well as cover all other operational expenses. Thanks to your support, the MMRA is recognized as one of the most effective and well-organized community groups in Los Angeles. Thank you.

Membership dues are $25 per calendar year.

TO PAY USING PayPal:

Calendar Year Membership Dues

By submitting this form, applicant confirms that his/her primary residence is within the boundaries of the MMRA (Wilshire Boulevard on the north; San Vicente Blvd., on the south; La Brea Avenue on the east; and Fairfax Avenue on the west). Upon request, applicant may have to supply proof of residency.

## Search

Search …

## Follow Us



Tweets from @MiracleMileMMRA

News @… · 11h

This Saturday! Volunteers Needed For Operation

## Views of Our Historic Neighborhood

 Follow 

```
┌─────────────────────────────────────────┐
│   MIRACLE MILE RESIDENTIAL ASSOCIATION  │
└────────────────────┬────────────────────┘
                     │
┌────────────────────┴────────────────────┐
│      MIRACLE MILE NEIGHBORHOOD WATCH    │
│               COMMITTEE                 │
└────────────────────┬────────────────────┘
                     │
          ┌──────────┼──────────┐
          │          │          │
    ┌─────┴─────┐    │    ┌─────┴──────┐
    │   24/7    │    │    │  LAPD &    │
    │ RESPONSE  │    │    │  SENIOR    │
    │  PRIVATE  │    │    │  LEAD      │
    │  PATROL   │    │    │  OFFICERS  │
    └───────────┘    │    └────────────┘
                     │
       ┌─────────────┼─────────────┐
       │             │             │
  ┌────┴─────┐  ┌────┴─────┐  ┌────┴─────┐
  │  BLOCK   │  │  BLOCK   │  │  BLOCK   │
  │ CAPTAIN  │  │ CAPTAIN  │  │ CAPTAIN  │
  └────┬─────┘  └────┬─────┘  └────┬─────┘
       │             │             │
   ┌───┴────┐    ┌───┴────┐    ┌───┴────┐
   │NEIGHBOR│    │NEIGHBOR│    │NEIGHBOR│
   └────────┘    └────────┘    └────────┘
       │             │             │
   ┌───┴────┐    ┌───┴────┐    ┌───┴────┐
   │NEIGHBOR│    │NEIGHBOR│    │NEIGHBOR│
   └────────┘    └────────┘    └────────┘
       │             │             │
   ┌───┴────┐    ┌───┴────┐    ┌───┴────┐
   │NEIGHBOR│    │NEIGHBOR│    │NEIGHBOR│
   └────────┘    └────────┘    └────────┘
```

| MIRACLE MILE BLOCK CAPTAINS AS OF MARCH 2019 | BLOCK NUMBER | STREET/BLOCK NAME | | ADDRESS | EMAIL | CELL PHONE |
|---|---|---|---|---|---|---|
| ALANDALE | 800/900 | South Alandele | Ross Cerny | 841 S. Alandele | rossearch@yahoo.com | 310-804-3964 |
| BURNSIDE | 1000/1100 | South Burnside | Constance Watson | 1001 South Burnside | cstarjones@aol.com | 323-819-1148 |
| BURNSIDE | 1000/1100 (co captain) | South Burnside | Beverly Moore | 1127 South Burnside | beverlysmoore@att.net | |
| BURNSIDE | 800/900 | South Burnside | Jeanette Corcuera | 800 S. Burnside | jeanette.corcuera@gmail.com | (310) 502-5769 |
| CLOVERDALE | 800 | South Cloverdale | Thao Tran | 854 S. Cloverdale | thaoster@gmail.com | 310-753-8039 |
| CLOVERDALE | 900 | South Cloverdale | Aliza Durand | 925 S. Cloverdale | alizadurand@yahoo.com | 323-228-2082 |
| CLOVERDALE | 1200 | South Cloverdale | Lisa Strangis | 1208 S. Cloverdale | lisa@moderncurrencypr.com | 323-879-9831 |
| COCHRAN | 700 | South Cochran | David Raven | 752 S. Cochran | davidraven@me.com | (323) 819-5333 |
| COCHRAN | 1000/1100 | South Cochran | Mary Kate MK Flannery | 1125 South Cochran | mkateflannery@gmail.com | 248-444-5082 |
| COCHRAN | 1000/1100 | South Cochran | Carl Waitz | 1143 South Cochran | carlmsee@yahoo.com | 856-419-7572 |
| COCHRAN | 800/900 | South Cochran | Scott Boyett | 820 S. Cochran Ave | scottboyett@gmail.com | 818-489-2434 |
| CURSON | 700 | South Curson | Tamara Johnson | 5850 8th Street | wilshire.embassy@gmail.com | 323-933-6020 |
| CURSON | 1000/1100 | South Curson | Tom Minnich | 5826 West Olympic Blvd | minnichtm@gmail.com | 323-815-3620 |
| DETROIT | 800 | South Detroit | Michael and Carol Bellino | 818 South Detroit | lastcallmovie@gmail.com | (917) 846-5212 |
| DUNSMUIR | 1000/1100 | South Dunsmuir | Kari Garcia | 1025 South Dunsmuir | kgarcia@me.com | (323) 533-7655 |
| DUNSMUIR | 800/900 | South Dunsmuir | Ben Skerker | 925  South Dunsmuir | bskerker@sbcglobal.net | (213) 840-0822 |
| GENESSE | 800/900 | South Genesse | Ellen Belic | | ellen@stonebelic.com | |
| HAUSER | 800/900 | Hauser | Zee Spezzano | 800 Hauser Blvd | keytomyhouse@gmail.com | 213-494-3999 |
| HAUSER | 1000/1100 | Hauser | Karen Bowman | 1016 Hauser Blvd | kdbowman@ca.rr.com | 323-574-2811 |
| MASSELIN | 800/900 | Masselin | Seth Reed | 813 South Masselin | reed.sethaugust@me.com | 310-871-3177 |
| MEADOWBROOK | 1200 | South Meadowbrook | Rhonda Hayter | 1238 South Meadowbrook | rhondahayter1@sbcglobal.net | 310-291-2134 |
| OGDEN | 800/900 | South Ogden | Jasmin Hotop | 926 S. Ogden | jmh@stratfordhospitality.com | 323-401-1306 |
| ORANGE | 1200 | South Orange | Paula Yerman | 1253 South Orange Drive | pcyerman@att.net | 323-573-7001 |
| REDONDO | 1000 | South Redondo | Karyn Balzary | need address | skokkle@me.com | need cell |
| REDONDO | 1000 (co captain) | South Redondo | Donna Benton | 1044 South Redondo | donna.benton@gmail.com | (323) 6972136 |
| REDONDO | 1200 | South Redondo | Sherie West-Rainey | 1234 South Redondo Blvd | raineyswest@att.net | 323-309-5094 |
| RIDGELEY | 1000/1100 | South Ridgeley | Jennifer O'Brien | 1100 S. Ridgeley | Jennifer.j.obrien@gmail.com | 310.463.5513 |
| RIDGELEY | 800/900 | South Ridgeley | Kevin Glynn | 925 South Ridgeley? | kglaca@gmail.com | 323-449-1076 |
| SIERRA BONITA | 1000/1100 | Sierra Bonita | Charles Rogers | 1028 South Sierra Bonita | crrogers@pacbell.net | 213 952 0745 |
| SIERRA BONITA | 800/900 | South Sierra Bonita | Medrene Gee | 950 S. Sierra Bonita | sierra1194@yahoo.com | 323-377-2093 |
| SPAULDING | 700 | South Spaulding | Mark Overbaugh | | mark.overbaugh@gmail.com | 323.653.5397 |
| SPAULDING | 800/900 | South Spaulding | | | | |
| STANLEY | 700 | South Stanley | Tamara Johnson | 5850 8th Street | wilshire.embassy@gmail.com | 323-933-6020 |