# Ellen Ruth Stone, ▇▇▇▇▇

**LOS ANGELES MEDICAL CARE TEAM OVERVIEW**

| Doctor | Specialty | Contact Info | Notes |
|---|---|---|---|
| Stephanie Cortner, L.Ac. | Acupuncture | Bebé Physical Therapy 11901 Santa Monica Blvd #202, Los Angeles, CA 90025, Ph 562-794-8207 | ▇▇▇ |
| Dr. Laura Kelly | Acupuncture | Dr. Laura Kelly 19616 Walnut Trl Topanga, CA 90290 Ph 310-592-9382 | ▇▇▇ |
| Dr. Justin Laube | Acupuncture | UCLA Center for East West Medicine | ▇▇▇ |
| Dr. Bill Lu | Acupuncture | NEED CONTACT INFO & WHO REFERRED | ▇▇▇ |
| Dr. Jessica Schairer | Behavioral Therapy | 10850 Wilshire Blvd, Ste 550 ph 310-441-0040 fax 310-441-0041 | ▇▇▇ |

1

| | | | |
|---|---|---|---|
| Dr. Michelle Hamilton | Cardiologist | 8536 Wilshire Blvd #302, Beverly Hills, CA 90211, Phone: (310) 248-8300 | ■ |
| Dr. Norman Lepor | Cardiology | 99 N La Cienega Blvd, #203<br>ph 310-289-9955<br>fax 310-289-9959 | ■ |

|  |  |  |
|---|---|---|
| Dr. Nancy McBride | Chiropractor | 4751 Wilshire Blvd. 203 C<br>(323) 954-9847<br>(323) 954-1477 |
| Dr. Alan Nunez | Chiropractor / 3D Chiro | 200 N Maryland Ave #304, Glendale, CA 91206<br>(818) 247-4411 |
| Dr. Gloria Phillips | Chiropractor | The Exceptional Wellness Center<br>2001 S Barrington Ave, Los Angeles,, (310) 473-2020 |

| Gary Strauss | Cranial Unwinding | Life Energy Institute 19600 Cave Way Topanga 310.455.7873 |
|---|---|---|
| Dr. Kenneth Yates | Dental: Family Dentist | 9735 Wilshire Blvd # 200, Beverly Hills, CA 90212 (310) 275-5581 |
| Dr. Fred Monempour | Dental: Endodontist | 435 N Bedford Dr #416, Beverly Hills, CA 90210 (310) 278-5993 |

4

|  |  |  |
|---|---|---|
| Dr. Douglas Galen | Dental: Oral surgeon | 8920 Wilshire Blvd, Ste 442, Beverly Hills, CA 90211, (310) 855-1000 |
| Dr. Richard Jacobson | Dental: Orthodontist, TMJ consult | 881 Alma Real Dr #200, Pacific Palisades, CA 90272, (310) 454-0317 |
| Dr. Norman Brooks | Dermatology | 16311 Ventura Boulevard Suite 690 Encino, CA 91436 (818) 907-8144 |

5

| | | | |
|---|---|---|---|
| Dr. Jessica Wu | Dermatology | 11620 Wilshire Blvd Ste 700<br>Los Angeles, CA 90025<br>(310) 473-5878 | ▮ |
| Dr. Edward Cho | ENT (Neurotologists) | House Ear Clinic 2100 W. 3rd Street, Ste. 111 Los Angeles | ▮ |
| Dr. Vanessa Rothholtz | ENT | 414 N Camden Drive, Suite 975<br>Beverly Hills CA 90210<br><br>(310) 926-1563 | ▮ |
| Dr. Allen Senne | ENT / Hearing | The House Clinic 2100 W 3rd St, Suite #111<br>Los Angeles CA | ▮ |

| | | | |
|---|---|---|---|
| | | (213) 483-9930 press 2 | |
| Dr. Amanda Sweet | ENT / Hearing | 414 N Camden Drive, STE 975<br>Beverly Hills CA 90210 | |
| Dr. Srinivas Gaddam | Gastrointestinal / Pancreatic & Biliary | 8700 Beverly Blvd, West Hollywood, CA 90048<br>(310) 423-3277 | |
| Dr. Laith Jamil | Gastrointestinal / Pancreatic & Biliary | 8700 Beverly Blvd, West Hollywood, CA 90048<br>(310) 423-3277 | |

| | | | |
|---|---|---|---|
| | | | |
| Dr. Lenna Martyak | Gastrointestinal | 1301 20th St #280, Santa Monica, CA 90404<br><br>(310) 829-6789 | |
| Dr. Stephan Targan | Gastrointestinal Specialist: Crohn's, IBD, IBS | 8730 Alden Dr., #204E 2nd floor East<br>Los Angeles CA 90048<br>(310) 423-4100 | |
| Dr. Leo Treyzon | Gastrointestinal | 8631 W. 3rd Street Ste 1015E<br>Los Angeles CA 90048<br>(424) 275-6585 | |

8

| | | | |
|---|---|---|---|
| | | | |
| Dr. Waguih Ishak | Gastrointestinal Office's Psychiatrist | 8730 Alden Drive, Ste 2 East<br>310-423-4100 | |
| Dr. Thomas Sokol | Gastrointestinal | 8737 Beverly Blvd | |

9

|  | SURGEON | #402, West Hollywood, CA 90048<br>(310) 854-3580 |  |
|---|---|---|---|
| Dr. Theodore Stein | Gastrointestinal | 8536 Wilshire Blvd #202, Beverly Hills, CA 90211<br>(310) 248-8200 |  |

10

| | | | |
|---|---|---|---|
| Dr. Suzanne Gilberg-Lenz | Gynecologist | 8920 Wilshire Blvd, Beverly Hills, Ca 90211<br><br>(310) 657-1600 | ████ |
| Dr. Sawsan Jamil | Gynecologist | 530 Wilshire Blvd, Ste 202, Santa Monica, CA 90025<br><br>323-680-3596 | ████ |
| Dr. Jacqueline V. Trejo | Gynecologist | 1301 20th St, Santa Monica, CA 90404, (310) 828-8585 | ████ |

| Dr. Philomena McAndrew | Hematology/Oncology | Tower Hematology Oncology<br>9090 Wilshire Boulevard, Ste 200<br>(310) 888-8680 | |
|---|---|---|---|
| Dr. Melanie Gisler | Integrative Family Physician | 2211 Corinth Avenue, Suite 204, Los Angeles, CA  90064, 310-966-9194 | |
| Dr. Dawn DeSylvia | Internist, GI | 11695 National Blvd Los Angeles CA 90064 (310) 914-3400 | |
| Dr. Lyle Kurtz | Internist, "master diagnostician," boutique subscription practice | 8920 Wilshire Blvd #323, Beverly Hills, CA 90211 (310) 855-1551 | |

|  |  |  |  |
|---|---|---|---|
| Dr. Susan Pekarovics | Internist | 6360 Wilshire Blvd # 202, Los Angeles, CA 90048<br><br>(323) 951-4916 | ███ |
| Dr. Malak Shammas | Internist | 9400 Brighton Way, Ste 201<br>ph 310-271-6229<br>fax 310-271-9139 | ███ |

| | | | |
|---|---|---|---|
| Dr. Robert Baloh | Neurology | 300 Medical Plaza Driveway, Ste. B200 Los Angeles Ca (310) 794-1195 | |
| Dr. Patrick Lyden | Neurology | Cedars Sinai 127 S San Vincente Blvd, 6th floor ph 310-423-6472 fax 310-423-6768 | |
| Dr. Patrick Johnson | Neurosurgery | The Spine Practice 444 S San Vincente Blvd, Ste 800 ph 310-423-9792 fax 310-423-9681 | |
| Robyn Goldberg | Nutritionist | 360 N. Bedford Drive #414 Beverly Hills CA 90210 310-273-0413 | |
| Dr Nada Shamie | Ophthalmology | 2080 Century Park E Ste 911, Los Angeles, CA 90067 (310) 229-1220 | |

14

| | | | |
|---|---|---|---|
| | | | |
| Dr. Juliette Chung | Ophthalmology / Glaucoma Specialist | 2080 Century Park E Ste 911, Los Angeles, CA 90067<br><br>(310) 229-1220 | |
| Dr. Andrew Weiss | Orthopedic Surgeon | 150 N Robertson Blvd Suite 360, Beverly Hills, CA 90211<br><br>(855) 504-4046 | |
| Dr Stephan Hagopian | Osteopath | 1448 15th St #207 Santa Monica, (310) 576-2505 | |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
| Dr. Grace Abruzzo | Pelvic Floor / Physical Therapy (house calls) | 730 Willey Ln, West Hollywood CA, 424-253-8509 (but appointments are in home) |  |
| Balance Rehabilitation | Physical Therapy | 50 N La Cienega Blvd #218, Beverly Hills, 323-924-9006 |  |

16

| | | | |
|---|---|---|---|
| Kern & Associates Physical Therapy | Physical Therapy | 2901 Wilshire Blvd. Suite 440<br>Santa Monica, CA 90403<br>310-315-9711 | |
| Dr. Dawn Buratti | Podiatrist / Orthotics | 5400 Balboa Blvd #325, Encino CA 91316, (818) 907-6100 | |
| Dr. Ellen Leeb | Psychiatrist | 9171 Wilshire Blvd #600<br>Beverly Hills CA 90210<br>(310) 286-1130 | |
| Dr. Robert Wolfe | Pulmonary Specialist | 8635 W. 3rd St. Suite 965, Los Angeles, CA 90048, (310) 657-3792 | |

17

| | | | |
|---|---|---|---|
| | | | |
| UCLA Sleep Disorder Center | Sleep Study | Westwood Sleep Lab, 10833 Le Conte Ave, Suite BE-216, Center for Health Sciences Building, Los Angeles, CA 90095<br><br>310-267-0444 | |
| Dr. Roy Artal | Sleep Study | 8635 W 3rd St #965, Los Angeles, CA 90048, (310) 657-3792 | |
| Dr. Ravi Aysola | Sleep Specialist / Internist | 1245 16th St #204, Santa Monica, CA 90404 | |

|  |  |  |  |
|---|---|---|---|
|  |  | (310) 449-0939 | ■ |
| Dr. Maria Gray | Therapist / Trauma | 2550 Overlund Ave Ste 100<br><br>(310) 319-6500 | ■ |