January 06, 2021

Ellen Stone

Los Angeles, CA 90036

Re: XAC-005552 (Ellen Stone Belic Rev Trust)

Ellen,

Please find enclosed the necessary paperwork to open an account with Port Capital. Ed would like to have you fill out paperwork for both our Small Cap LP as well as our Partners strategy, Multi Cap Fund LP.

I have included the Offering Memorandum/Private Placement Memorandum, the Limited Partnership Agreement and the Subscription Agreement. The Offering Memorandums and the Limited Partnership Agreements should be retained for your files. The Subscription Agreements, along with the following forms should be signed and returned to our office, I have highlighted what needs to be completed;

- Port Capital Investment Management Agreement
- Pershing New Account Form
- Pershing Trustee Certification of Powers
- Pershing Transfer of Assets Form, as well as you most recent statement for the account you are transferring from
- Pershing Private Investment Form (there is one for each product)
- Standing Letter of Authorization Form
- W-9
- Copy of Driver's License
- The Actual Trust Agreement

I have also enclosed a pre-paid return envelope for you to send the items back to us. Should you have any questions regarding this, please contact me.

Sincerely,

Brian Calabrese
Vice President of Operations
312-788-2402