# MATTHEW L. FINERMAN, M.D., INC.

2080 Century Park East Ste. 1703 L.A. CA 90067
Tel. (310) 201-0990 Fax. (310) 201-9665

12/17/2020

Dear MS. ELLEN STONE,

This letter is to notify you of the appointment time of your planned surgical procedure.
You are scheduled for surgery on:
**Tuesday  3/16/21 at 11 AM AT LA PEER SURGERY CENTER.**
Arrive no later than  9 AM  Procedure **start time 11 AM** is.

Upon arrival please go to the information booth in the South Tower. Inform the clerk that you are scheduled for a procedure and they will direct you from there. For parking please park in the North Tower.

A few important reminders:
- You are scheduled for a pre-operative consultation with **Dr. FINERMAN** on
- Please arrive 15 minutes early. This is a half hour appointment and it is important that you be on time.
- Please plan to pay a Surgery payment of $ at this appointment.
- Schedule a pre-op appointment with your primary care physician, **Dr. BAKER** about 10 days before the date of your surgery. Your appointment with your primary care physician is necessary for surgical clearance.
- Do not take Aspirin, Advil, Alleve, Excedrin, Motrin, Ginkgo Biloba, vitamin E, or supplements containing garlic products two weeks prior to surgery. Should you require any pain medication, please take Tylenol.
- Do not eat or drink after midnight the night before your planned procedure..

In order for your insurance carrier to determine if you are eligible for benefits, we must fulfill certain pre-operative notification requirements. At that time, we are given an estimated cost of your planned procedure. This is not a guarantee of payment; it is simply to comply with the notification protocol required by your insurance carrier.

For patient safety, and per state law, hospitals and surgical centers are obligated to discharge all patients receiving anesthesia to the company of an adult friend or family member. Please be advised that should you arrive for surgery and are unable to provide the name and telephone number of a responsible adult to accompany you home, the surgery will be cancelled.

Should you need to cancel your surgery, we require 48 hour notice. Failure to cancel your surgery in a timely manner will result in a **$250.00** fee.

Thank you for your time and patience. Should you have any questions or concerns please feel free to contact me at (310) 201-0990 ext. 212.

Sincerely,

Stacy B.



California

THOMAS SOKOL, MD, FACS, FASCRS • BETH MOORE, MD, FACS, FASCRS
MARI MADSEN, MD, FACS • DAVID MAGNER, MD
8737 BEVERLY BLVD., SUITE 402, LOS ANGELES, CA 90048
Phone: (310) 854-3580 • Fax: (310) 659-5830

### Informed Consent for ▮

It is very important to us that you understand and consent to the treatment your doctor is providing and any procedures your doctor may perform. You should be involved in any and all decisions concerning surgical procedures your doctor has recommended.

Diagnosis: __lleal Stricture__

I, __Ellen Stone__, hereby authorize Dr. __Thomas Sokol__ to perform upon me the following surgery: ▮

▮ involves removing part of t▮

▮

In permitting my doctor to perform the procedure, I understand that unforeseen conditions may be revealed that may necessitate change or extension of the original procedure or a different procedure(s) than those already explained to me. I, therefore, authorize and request the above-named physician, or his/her designees perform such procedure(s) as necessary and desirable in the exercise of his/her judgment. In the unlikely event that one or more of the above inherent complications occur, my physician or covering physician will take appropriate and reasonable steps to help manage the clinical situation and be available to me and my family to address our concerns and questions.

By signing below, I certify that I have had an opportunity to ask the doctor all my questions concerning anticipated benefits, material risks, and alternative therapies, and all of my questions have been answered.

Signature of patient: __Ellen Stone__   Date: __2/16/17__

Signature of physician: _____   Date: _____

Please Sign & Return This Document



THOMAS SOKOL, MD, FACS, FASCRS • BETH MOORE, MD, FACS, FASCRS
MARI MADSEN, MD, FACS • DAVID MAGNER, MD
8737 BEVERLY BLVD., SUITE 402, LOS ANGELES, CA 90048
Phone: (310) 854-3580 • Fax: (310) 659-5830

Patient name: Ellen Stone
Patient Signature: Ellen Stone
Date: 2/14/17    Physician Name: Dr Sokol

Please Sign & Return This Document

PRE-OP INSTRUCTIONS FOR ▮▮▮▮▮▮▮▮ SURGERY

Patient Name _Ellen Stone_

Surgery Date _Mon. Dec. 6_     Arrival Time _10:30 AM_
              _@ 11:30 AM_

Post op: _Tues Dec 7_ @ _11:30 AM_ at the office.

▮▮▮▮▮▮

1. **PRE-OP EXAMS**: 1) Please make arrangements for a history and physical exam with your internist. Forms will be provided for your internist. This exam <u>needs to be done within 30 days of the surgery date and at least a week prior to your scheduled surgery.</u> The physical examination by your internist is required to be admitted to surgery; <u>otherwise surgery will be cancelled.</u>

2. **Please do not eat or drink anything for 8 hours before your surgery. Otherwise surgery will be cancelled.**

3. 

4. <u>TRANSPORTATION:</u> Because of the sedation, you are not allowed to drive yourself home after surgery. The policy of the surgery center is that you have someone to accompany you home after surgery. Many patients are able to drive to our office the next day.

5. ▮▮▮▮▮▮



# SPECIALTY
## SURGICAL CENTER
### *of* Beverly Hills

Our surgical facility is located at:

9001 Wilshire Blvd, Suite 100
Beverly Hills, CA 90211
(310) 275-2339
www.sscbeverlyhills.com



9001 Wilshire Blvd Suite 100, Beverly Hills, CA 90211

**Parking Information:**

There is underground parking structure in the surgical building with an entrance on Almont Drive.

*At this time, we do not validate for parking.*

Parking is $1.50 every 15 minutes with a maximum of $18.00.






Barry S. Seibel, M.D.
James J. Salz, M.D.

Advanced Technology, Personal Care



| Day | Date |
|---|---|
| SUNDAY | 12/5/2021 |
| SURGERY DAY | 12/6/2021 |
| TUESDAY | 12/7/2021 |
| WEDNESDAY | 12/8/2021 |
| THURSDAY | 12/9/2021 |
| FRIDAY | 12/10/2021 |
| SATURDAY | 12/11/2021 |
| SUNDAY | 12/12/2021 |
| MONDAY | 12/13/2021 |
| TUESDAY | 12/14/2021 |
| WEDNESDAY | 12/15/2021 |
| THURSDAY | 12/16/2021 |
| FRIDAY | 12/17/2021 |
| SATURDAY | 12/18/2021 |
| SUNDAY | 12/19/2021 |
| MONDAY | 12/20/2021 |
| TUESDAY | 12/21/2021 |
| WEDNESDAY | 12/22/2021 |
| THURSDAY | 12/23/2021 |
| FRIDAY | 12/24/2021 |
| SATURDAY | 12/25/2021 |
| SUNDAY | 12/26/2021 |
| MONDAY | 12/27/2021 |
| TUESDAY | 12/28/2021 |
| WEDNESDAY | 12/29/2021 |
| THURSDAY | 12/30/2021 |
| FRIDAY | 12/31/2021 |
| SATURDAY | 1/1/2022 |

**Barry S. Seibel, M.D.**          **James J. Salz, M.D.**

## OUTPATIENT PREOPERATIVE HISTORY AND PHYSICAL FORM

PLEASE GIVE THIS FORM TO YOUR **M.D.** FOR YOUR MEDICAL CLEARANCE

Patient Name: _Ellen Stone_   Age: _78_   Date of Birth: _2/24/43_

**This document is valid for surgery at this surgical center for 30 days from date of completion.**

11620 Wilshire Blvd., Suite 711, Los Angeles, CA 90025
(310)444-1134 Phone          (310)444-1130 FAX