**The Veterinary Care Center**
6455 Santa Monica Blvd

Hollywood, CA 90038
(323) 919-6666

## Vaccination Certificate
9/14/2021

| | | | |
|---|---|---|---|
| Client ID: | 34289 | Patient ID: | 55121 |
| Client Name: | Ellen Stone | Name: | Buddy |
| Address: | ███████████ | Species: | Canine |
| | | Breed: | French Bull Dog Mix |
| | Los Angeles, CA 90036 | Sex: | Male |

| | | | |
|---|---|---|---|
| Telephone: | (323) 807-2893 | Color: | Black white chest white paws |
| | | Markings: | |
| | | Microchip: | |
| | | Birth Date: | 4/25/2021 |

I hereby certify that above animal has been examined and the following vaccinations are current.

| Vaccine | Given Date | Due Date |
|---|---|---|
| DA2PP 1 Yr Booster | 8/26/2021 | 8/26/2022 |
| Bordetella ORAL Booster | 6/14/2021 | 6/14/2022 |
| RABIES CANINE 3 YEAR BOOSTER | 8/26/2021 | 6/26/2022 |

Khara Johnson
12773

any cause whatsoever, including a fire, theft, or escape of the animal. The owner agrees that he or she shall remain liable for any damages that the animal may cause including bites, aggressive behavior, damage to other animals. Owner assumes and understands that the pet is in an environment where other pets shall be located with other animals, and the facility shall not be liable for the damage caused to the animal by injury or other episodes, which may have been caused by or from other animals.

12. The animal may be isolated and kept apart from other animals, should *Marmutt* in its reasonable belief or the reasonable belief of its employees, servants or other agents determine that the animal may be in danger or may endanger other animals by virtue of its conduct, behavior or aggressive propensities. The owner of the animal understands that *Marmutt* desires to maintain the health, care and comfort of all animals within its care and to adequately provide for the safe keeping of such animals in which they have custody.

13. Unless agreed in writing, the owner entrusts *Marmutt* to use its best judgment in caring for the pets. Should any decision affecting the handling of the pet become necessary as a result of inclement weather or other natural causes relating to such decision, *Marmutt*, shall use reasonable judgment given the circumstances of the event or happening.

14. **Payment:** Unless other arrangements are made for payment for any service rendered to the animal at *Marmutt*, owner shall pay for services upon the pick up and/delivery of the animal.

15. Accounts that are charged on a monthly basis shall be due and payable by the first of each month. There is a $5-10 monthly fee. Marmutt has permission to charge any card on file in perpetuity until bill is paid in full. Payments received by the tenth of the month shall accrue interest at the rate of 5% per month until paid.

Owner's Signature _G. Mon_____    Date _2-17-22_



**Chateau Marmutt**
8162 Beverly Blvd., Los Angeles CA 90048
PH: 323-653-2062 FAX: 323-653-0083
Chateaumarmutt.com

## APPLICATION

Dog Guest(s) 1. Buddy  2. _____

Breed(s) French Bulldog

Owner(s) Ellen Stone

Phone #: cell 773-294-9974  work _____

Address: [REDACTED] city/zip Los Angeles 90036

E-Mail ellen@stonebelic.com

Emergency Name & # 323-807-2893 Sandy / 310-621-5499 Andrea

Age of dog(s) 10 months  Birthday May-18th 2021

Any medical conditions/behavioral or things we should know about?

N/A / Basic Obedience, selective w/ who he plays w/

Visa/MC # 4147 7023 7360 0939

Exp. Date 10/23  zip code for credit card 60614

**Following vaccinations need to be current. DUE DATE:**

Bordetella (kennel cough, every 6 months-1 yr.) 6/14/22

DHLP&P (every 3 years, after 1st yr.) 8/26/22

Rabies (every 3 yrs, after 1st yr.) 6/26/22

Dog spayed or neutered? neutered

ALL DOGS NEED TO BE ON A FLEA PROGRAM ADVANTAGE, FRONTLINE, ETC
(suggested dose: once a month in HOT weather and once every 2-3 months in COLD weather)

Date of last application 1/26/22

Date: 2/17/22  Owner's Signature E. Stone



**Chateau Marmutt**
8162 Beverly Blvd., Los Angeles CA 90048
PH: 323-653-2062 FAX: 323-653-0083
Chateaumarmutt.com

## Chateau Marmutt Credit Card Authorization

This note authorizes Chateau Marmutt to charge/debit the following account:

(VISA) M/C   (circle one)

Credit card Number __4147 2023 7360 0939__

Expiration Date __10/23__

Card Holders Name __Ellen Stone__

Card Holders Signature __G. Stone__

Card Holders Billing Address ███████████

Cell Number ███████████

Work Number ███████████