



**16 MIN. SMOG** ✓   **JUST SMOGS**

11825 Santa Monica Blvd
Los Angeles, CA 90025

Phone: (310)478-1970    Fax:

STONE, ELLEN

Ph1:        Ph2:        Ph3:

**INVOICE**

RO:     R8167
PO:
DATE:   9/09/22
TIME IN: 10:01AM

202377

| Lic #: | NONE | Mileage: | X |
|---|---|---|---|
| Vin: |  | Engine: | 2.0L |
| Trans: | A 6 | GVWR: | |
| Vehicle: | 2016 AUDI Q3 PRESTIG | | |

| | | | |
|---|---|---|---|
| SMOG | | | 61.75 |
| CERTIFICATE | 1.00 | 8.25 | 8.25 |



**PASSED**

| | | | | | | |
|---|---|---|---|---|---|---|
| [ ] PCV | [ ] CARB | [ ] AIS | [ ] EGR | [ ] PASSED | CALIFORNIA ____ | LABOR: 61.75 |
| [ ] SPK | [ ] FI | [ ] VAC | [ ] AIR | [ ] FAILED | FEDERAL ____ | PARTS: 0.00 |
| [ ] EVAP | [ ] O2 | [ ] OTH | [ ] TAC | | UNKNOWN ____ | TRNS.FEE: 0.00 |
| [ ] CAT | [ ] WIR | | [ ] SC/TC | [ ] ABORTED | TIMING ____ | CERT.: 8.25 |
| | | | | | EM LIGHT ____ | TAX: 0.00 |

**Payments**

9/09/22 Visa     70.00

TOTAL:   70.00
PAID:    70.00
BALANCE   0.00

I AGREE TO THE TERMS AND CONDITIONS    X_____    DATE:_____

# INVOICE

**Smogs Just Smogs 16 Min.**

STAR Certified SMOG CHECK STATION

SMOG CHECK TEST ONLY

11825 Santa Monica Blvd
Los Angeles, CA 90025

Phone: ███████████

STONE, ELLEN
███████████

Ph1:        Ph2:        Ph3:

202377

RO: R1420
PO:
DATE: 10/26/20
TIME IN: 1:44PM

| | |
|---|---|
| Lic #: NONE | Mileage: 27303 |
| Vin: ███████████ | Engine: 2.0L |
| Trans: A 6 | GVWR: |
| Vehicle: 2016 AUDI Q3 PRESTIG | |

| | | | |
|---|---|---|---|
| SMOG | | | 61.75 |
| CERTIFICATE | 1.00 | 8.25 | 8.25 |

**PASSED**

| | | | | | |
|---|---|---|---|---|---|
| [ ] PCV | [ ] CARB | [ ] AIS | [ ] EGR | [ ] PASSED | CALIFORNIA ___ |
| [ ] SPK | [ ] FI | [ ] VAC | [ ] AIR | [ ] FAILED | FEDERAL ___ |
| [ ] EVAP | [ ] O2 | [ ] OTH | [ ] TAC | [ ] ABORTED | UNKNOW ___ |
| [ ] CAT | [ ] WIR | | [ ] SC/TC | | TIMING ___ |
| | | | | | EM LIGHT ___ |

| | |
|---|---|
| LABOR: | 61.75 |
| PARTS: | 0.00 |
| TRNS.FEE: | 0.00 |
| CERT.: | 8.25 |
| TAX: | 0.00 |
| TOTAL: | 70.00 |
| PAID: | 70.00 |
| BALANCE | 0.00 |

**Payments**
10/26/20 Amex    70.00

I AGREE TO THE TERMS AND CONDITIONS    X_____    DATE:_____