SOLOMON E. GRESEN, ESQ. (SBN 164783)
**RGLAWYERS, LLP**
16200 Ventura Blvd., Suite 407A
Encino CA 91436
Tel: (818) 815-2737
Fax: (818) 815-2737
*seg@rglawyers.com*

JASON M. INGBER, ESQ. (SBN 318323)
**Law Offices of Jason M. Ingber**
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010
Tel: (310) 270-0089
*jasonmingber@gmail.com*

Attorneys for Plaintiff, Andrea Love

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREA LOVE**, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> **ELLEN STONE**, an individual; and DOES 1 through 25, inclusive <br><br> Defendants. | Case No.: 2:23-cv-3122 <br><br> **COUNSEL JASON M. INGBER'S DECLARATION IN SUPPORT OF EX PARTE APPLICATION TO CORRECT FILING OF AN UNREDACTED MOTION** <br><br> *(28 U.S.C.S. §1447(c))* <br><br> Complaint Filed: 2.28.2023 <br> LASC Case No.: 23STCV04399 |

1. I, Jason M. Ingber, work for RGLaywers LLP and Solomon Gresen, am co-counsel for Plaintiff for this matter and if called upon to testify could and would testify to the following under the penalty of perjury.

2. Plaintiff filed this Action in Los Angeles Superior Court on February 28, 2023. On or about May 12, 2023, I spoke with Defendant's counsel over the phone regarding our overall perspectives to this case, a roadmap to resolution and that Plaintiff plans to challenge

1

1 Defendant's removal on the grounds that Defendant is and has been domiciled in Los Angeles, California.

3. On June 16th, 2023, I submitted the pleadings and redacted exhibits to an outside contractor to assist with the filing of the Motion for Remand in compliance with federal and local rules.

4. On June 20, 2023, opposing counsel informed me that Exhibit I of the Motion to Remand still contained exposure as to defendant's birthday.

5. I am horrified to discover that despite numerous hours spent drafting the pleadings and redacting the exhibits I inadvertently left certain personal identifying information unredacted. I humbly admit to this oversight and understand this was Plaintiff's second chance to file.

6. This will not be a chronic mistake. Going forward, Plaintiff will have all pleadings reviewed by a *second* attorney and engage the services of a seasoned paralegal to review all court filings to ensure compliance with this ruling.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 20th day of June 2023, in Los Angeles, California.

/s/ *Jason M. Ingber*
Jason M. Ingber