1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDREA LOVE**, an individual, | Case No. 2:23-cv-3122 |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S EX-PARTE APPLICATION TO WITHDRAW DOCKET DOCUMENT NUMBER 18 AND RE-FILE A REDACTED VERSION |
| v. | *(28 U.S.C.S. § 1447(c))* |
| **ELLEN STONE**, an individual; and DOES 1 through 25, inclusive | *Complaint Filed:  2.28.2023*<br>*LASC Case No.:  23STCV04399* |
| Defendants | |

1
**NOTICE OF MOTION AND MOTION TO REMAND REMOVED ACTION**

Civil Action, File No.23STCV04399

ORDER GRANTING MOTION TO RE-FILE

The ex-parte application of Plaintiff Andrea Love for an Order to allow Plaintiff to re-file Docket Document number 18 in the above-entitled action was considered by this Court on the papers.

This Court hereby GRANTS Plaintiff's ex-parte to correct the unredacted exhibits filed with the Motion to Remand (Docket No. 29) and GRANTS Plaintiff leave to withdraw the Motion to file a new, properly redacted Motion, or, in the alternative to completely strike Exhibits D and I to the Motion, or place the entire Motion under seal.

Dated: _____ 2023

**THE HONORABLE JOHN F. WALTER**

_____
District Court Judge John F. Walter

2
**NOTICE OF MOTION AND MOTION TO REMAND REMOVED ACTION**