SOLOMON E. GRESEN, ESQ. (SBN 164783)
**RGLAWYERS, LLP**
16200 Ventura Blvd., Suite 407A
Encino CA 91436
Tel: (818) 815-2737
Fax: (818) 815-2737
*seg@rglawyers.com*

Attorneys for Plaintiff, Andrea Love

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREA LOVE**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**ELLEN STONE**, an individual; and DOES 1 through 25, inclusive<br><br>Defendants. | Case No.: 2:23-cv-3122<br><br>**COUNSEL JASON M. INGBER'S DECLARATION IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND REMOVED ACTION**<br><br>*(28 U.S.C.S. §1447(c))*<br><br><br>Complaint Filed:  2.28.2023<br>LASC Case No.:  23STCV04399 |

1.      I, Jason M. Ingber, work with RGLaywers LLP and Solomon Gresen and am co-counsel and lead trial counsel for Plaintiff for this matter, and if called upon to testify could and would testify to the following under the penalty of perjury.

2.      Plaintiff filed this Action in Los Angeles Superior Court on February 28, 2023. On or about May 12, 2023, I spoke with Defendant's counsel over the phone regarding our overall perspectives to this case, a roadmap to potential resolution, and that Plaintiff plans to challenge Defendant's removal on the grounds that Defendant was and is domiciled in Los Angeles, California.   On or about June 7, 2023, I met with defense counsel Brook Hammond in person at her office, and explained Plaintiff's intent to file a motion to remand on account of the fact that Defendant lives in Los Angeles, and I followed up with numerous emails, and a zoom call with defense counsel Brooke Hammond regarding the same.


     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 23rd day of June 2023, in Los Angeles, California.

/s/ *Jason M. Ingber*
_____
Jason M. Ingber