# EXHIBIT A

In 2016 I moved to Los Angeles from Chicago. I wanted to live closer to my oldest daughter who had just dropped out of graduate school. ~~I lived there and I rented a house in Los Angeles~~ Also I wanted to be closer to the Dare community and the spiritual and ~~~~ Shortly after I moved some friends invited/introduced me to an Ifa service to learn about Ifa started from the community. Over dinner they told me how Ifa was based in Nigeria and was also a base for the diaspora. It manifested to the Caribbean ~~~~ I had left visited.

Friends invited me to go to them to an Ifa service in E Los Angeles. I didn't know much about Ifa except that it was the root of diaspora Africans af ~~~~ and but as for many years I had faced in Haitan Vanden and Orishas (called trios in Vodun) the energy that can enter view and It was many years ago, but my mother had had transform had a close rel. w/ a young Haitian doctor on an art trip in Haiti I had been in love w/ a young Haitian doctor (in the 20's) who introduced me to the spirits in the arts. They said that Ifa under the sacred cosmology of energetic

I met Babs after I moved to Los Angel from Chicago. Some friends from the T Dare community