# EXHIBIT B


SEARCH

Search …

FOLLOW US



Tweets from @MiracleMileMMRA

News @… · 11h

This Saturday! Volunteers Needed For Operation

VIEWS OF OUR HI…
NEIGHBORHOOD

# MEMBERSHIP

The Miracle Mile Residential Association (MMRA) is a non-profit corporation that represents all the residents of the Miracle Mile – renters and property owners alike. We are the voice of the community on a wide range of issues from crime, traffic safety, liquor licensing, new development, Miracle Mile HPOZ, and Neighborhood Watch. Since 1983, the MMRA has worked closely with city representatives to preserve the quality of life in the Miracle Mile.

The MMRA is an all-volunteer organization, and our Board of Directors serves without remuneration. Payment of annual dues enables us to hold annual community-wide meetings, support outreach to the community, maintain our website, as well as cover all other operational expenses. Thanks to your support, the MMRA is recognized as one of the most effective and well-organized community groups in Los Angeles. Thank you.

**Membership dues are $25 per calendar year.**

**TO PAY USING PayPal:**

**Calendar Year Membership Dues**

By submitting this form, applicant confirms that his/her primary residence is within the boundaries of the MMRA (Wilshire Boulevard on the north; San Vicente Blvd., on the south; La Brea Avenue on the east; and Fairfax Avenue on the west). Upon request, applicant may have to supply proof of residency.



| MIRACLE MILE BLOCK CAPTAINS AS OF MARCH 2019 | BLOCK NUMBER | STREET/BLOCK NAME | | EMAIL | CELL PHONE |
|---|---|---|---|---|---|
| ALANDALE | 800/900 | South Alandele | Ross Cerny | rossearch@yahoo.com | |
| BURNSIDE | 1000/1100 | South Burnside | Constance Watson | cstarjones@aol.com | |
| BURNSIDE | 1000/1100 (co captain) | South Burnside | Beverly Moore | beverlysmoore@att.net | |
| BURNSIDE | 800/900 | South Burnside | Jeanette Corcuera | jeanette.corcuera@gmail.com | |
| CLOVERDALE | 800 | South Cloverdale | Thao Tran | thaoster@gmail.com | |
| CLOVERDALE | 900 | South Cloverdale | Aliza Durand | alizadurand@yahoo.com | |
| CLOVERDALE | 1200 | South Cloverdale | Lisa Strangis | lisa@moderncurrencypr.com | |
| COCHRAN | 700 | South Cochran | David Raven | davidraven@me.com | |
| COCHRAN | 1000/1100 | South Cochran | Mary Kate MK Flannery | mkateflannery@gmail.com | |
| COCHRAN | 1000/1100 | South Cochran | Carl Waitz | carlmsee@yahoo.com | |
| COCHRAN | 800/900 | South Cochran | Scott Boyett | scottboyett@gmail.com | |
| CURSON | 700 | South Curson | Tamara Johnson | wilshire.embassy@gmail.com | |
| CURSON | 1000/1100 | South Curson | Tom Minnich | minnichtm@gmail.com | |
| DETROIT | 800 | South Detroit | Michael and Carol Bellino | lastcallmovie@gmail.com | |
| DUNSMUIR | 1000/1100 | South Dunsmuir | Kari Garcia | kgarcia@me.com | |
| DUNSMUIR | 800/900 | South Dunsmuir | Ben Skerker | bskerker@sbcglobal.net | |
| GENESSE | 800/900 | South Genesse | Ellen Belic | ellen@stonebelic.com | |
| HAUSER | 800/900 | Hauser | Zee Spezzano | keytomyhouse@gmail.com | |
| HAUSER | 1000/1100 | Hauser | Karen Bowman | kdbowman@ca.rr.com | |
| MASSELIN | 800/900 | Masselin | Seth Reed | reed.sethaugust@me.com | |
| MEADOWBROOK | 1200 | South Meadowbrook | Rhonda Hayter | rhondahayter1@sbcglobal.net | |
| OGDEN | 800/900 | South Ogden | Jasmin Hotop | jmh@stratfordhospitality.com | |
| ORANGE | 1200 | South Orange | Paula Yerman | pcyerman@att.net | |
| REDONDO | 1000 | South Redondo | Karyn Balzary | skokkle@me.com | |
| REDONDO | 1000 (co captain) | South Redondo | Donna Benton | donna.benton@gmail.com | |
| REDONDO | 1200 | South Redondo | Sherie West-Rainey | raineyswest@att.net | |
| RIDGELEY | 1000/1100 | South Ridgeley | Jennifer O'Brien | Jennifer.j.obrien@gmail.com | |
| RIDGELEY | 800/900 | South Ridgeley | Kevin Glynn | kglaca@gmail.com | |
| SIERRA BONITA | 1000/1100 | Sierra Bonita | Charles Rogers | crrogers@pacbell.net | |
| SIERRA BONITA | 800/900 | South Sierra Bonita | Medrene Gee | sierra1194@yahoo.com | |
| SPAULDING | 700 | South Spaulding | Mark Overbaugh | mark.overbaugh@gmail.com | |
| SPAULDING | 800/900 | South Spaulding | | | |
| STANLEY | 700 | South Stanley | Tamara Johnson | wilshire.embassy@gmail.com | |