# EXHIBIT G



**CALIFORNIA ASSOCIATION OF REALTORS®**

**EXTENSION OF LEASE**
(C.A.R. Form EL 11/11)

The following terms and conditions are hereby incorporated in and made a part of the Residential Lease or ☐ other _____ ("Lease"), dated __**October 4, 2016**__, on property known as _____ **Los Angeles, CA 90036** _____ ("Premises"), in which __**Ellen Stone Belic**__ is referred to as ("Tenant") and _____ is referred to as ("Landlord").

The terms of the tenancy are changed as follows. Unless otherwise provided, the change shall take effect on the date the Lease was scheduled to terminate.

1. **EXTENSION OF TERM:** The scheduled termination date is extended to __**November 10, 2018**__ (Date).

2. **Rent shall be $** _6,150.00_ **per month.**

3. **Security deposit shall be increased by $** _____ .

4. **ADDITIONAL TERMS:** *1. Monthly rent begining December 2017 $6150.00*
   *2.Tenant is responsible for maintaining the garden/yard. 3. Owner will remove storage from back house, #2 on Adendum one no longer applies.*
   *All other terms remain the same.*

By signing below, Tenant and Landlord acknowledge that each has read, understands, and received a copy of and agrees to the terms of this Extension of Lease.

Tenant _____[signature]_____ Date _11/5/17_
Ellen Stone Belic

Tenant _____[signature]_____ Date _____

Landlord _____ Date **November 1, 2017**
Cheryl Gussman Kaupp

Landlord _____ Date _____

The copyright laws of the United States (Title 17 U.S. Code) forbid the unauthorized reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. Copyright © 2011, CALIFORNIA ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is available for use by the entire real estate industry. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

Reviewed by _____ Date _____

**EL 11/11 (PAGE 1 OF 1)**

**EXTENSION OF LEASE (EL PAGE 1 OF 1)**

Nelson Shelton & Associates 355 N. Canon Drive Beverly Hills, CA 90210   Phone: 323-8412437   Fax:   843 S. Genesee
Cheryl Kaupp   Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

From: **Cheryl Gussman** chervlon@sbcglobal.net
Subject: Lease Extension
Date: November 5, 2018 at 9:22 AM
To: Ellen Stone Belic ellen@stonebelic.com, Assist StoneBelic assist@stonebelic.com



**CALIFORNIA ASSOCIATION OF REALTORS®**

**EXTENSION OF LEASE**
(C.A.R. Form EL 11/11)

The following terms and conditions are hereby incorporated in and made a part of the Residential Lease or ☐ other _____ ("Lease"), dated ____October 4, 2016____, on property known as _____ Los Angeles, CA 90036 _____ ("Premises"), in which _____ Ellen Stone Belic _____ is referred to as ("Tenant") and _____ is referred to as ("Landlord").

The terms of the tenancy are changed as follows. Unless otherwise provided, the change shall take effect on the date the Lease was scheduled to terminate.

1. **EXTENSION OF TERM:** The scheduled termination date is extended to ____November 10, 2019____ (Date).

2. **Rent shall be $** _6,150.00_ **per month.**

3. **Security deposit shall be increased by $** _____ .

4. **ADDITIONAL TERMS:** _Terms remain per previous lease extension dated November 2017._

By signing below, Tenant and Landlord acknowledge that each has read, understands, and received a copy of and agrees to the terms of this Extension of Lease.

Tenant _____[signature]_____ Date _11/5/18_
*Ellen Stone Belic*

Tenant _____ Date _____

Landlord _____[signature] Cheryl Green Kaupp  11-5-18_____ Date _November 5, 2018_
*Cheryl Gussman Kaupp*

Landlord _____ Date _____

The copyright laws of the United States (Title 17 U.S. Code) forbid the unauthorized reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. Copyright © 2011, CALIFORNIA ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.) NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is available for use by the entire real estate industry. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

Reviewed by _____ Date _____

**EL 11/11 (PAGE 1 OF 1)**

**EXTENSION OF LEASE (EL PAGE 1 OF 1)**