# EXHIBIT I

**MATTHEW L. FINERMAN, M.D., INC.**

2080 Century Park East Ste. 1703 L.A. CA 90067
Tel. (310) 201-0990 Fax. (310) 201-9665

12/17/2020

Dear MS. ELLEN STONE,

This letter is to notify you of the appointment time of your planned surgical procedure.
You are scheduled for surgery on:
**Tuesday  3/16/21 at 11 AM AT LA PEER SURGERY CENTER.**
Arrive no later than  **9 AM**  Procedure **start time 11 AM** is**.**

California [REDACTED]

THOMAS SOKOL, MD, FACS, FASCRS • BETH MOORE, MD, FACS, FASCRS
MARI MADSEN, MD, FACS • DAVID MAGNER, MD
8737 BEVERLY BLVD., SUITE 402, LOS ANGELES, CA 90048
Phone: (310) 854-3580 • Fax: (310) 659-5830

**Informed Consent for** [REDACTED]

It is very important to us that you understand and consent to the treatment your doctor is providing and any procedures your doctor may perform. You should be involved in any and all decisions concerning surgical procedures your doctor has recommended.

Diagnosis: [REDACTED]

I, _Ellen Stone_, hereby authorize Dr. _Thomas Sokol_ to perform upon me the following surgery: [REDACTED]

[REDACTED]

Signature of patient: _Ellen A Stony_  Date: _2/16/17_

Signature of physician: _____  Date: _____

Please Sign & Return This Document



THOMAS SOKOL, MD, FACS, FASCRS • BETH MOORE, MD, FACS, FASCRS
MARI MADSEN, MD, FACS • DAVID MAGNER, MD
8737 BEVERLY BLVD., SUITE 402, LOS ANGELES, CA 90048
Phone: (310) 854-3580 • Fax: (310) 659-5830

Patient name: Ellen Stone
Patient Signature: Ellen C Stone
Date: 2/14/17    Physician Name: Dr Sokol

Please Sign & Return This Document

PRE-OP INSTRUCTIONS FOR ▮▮▮▮▮▮▮▮ SURGERY

Patient Name: Ellen Stone

Surgery Date: Mon. Dec. 6    Arrival Time: 10:30 AM
@ 11:30 AM

Post op: Tues Dec 7 @ 11:30 AM at the office.





# SPECIALTY
## SURGICAL CENTER
### *of* Beverly Hills

Our surgical facility is located at:

9001 Wilshire Blvd, Suite 100
Beverly Hills, CA 90211
(310) 275-2339
www.sscbeverlyhills.com



9001 Wilshire Blvd Suite 100, Beverly Hills, CA 90211

**Parking Information:**

There is underground parking structure in the surgical building with an entrance on Almont Drive.

*At this time, we do not validate for parking.*

Parking is $1.50 every 15 minutes with a maximum of $18.00.







**Barry S. Seibel, M.D.**
**James J. Salz, M.D.**

Advanced Technology, Personal Care



W

Clo...
not...
ple...

| Day | Date |
|---|---|
| SUNDAY | 12/5/2021 |
| SURGERY DAY | 12/6/2021 |
| TUESDAY | 12/7/2021 |
| WEDNESDAY | 12/8/2021 |
| THURSDAY | 12/9/2021 |
| FRIDAY | 12/10/2021 |
| SATURDAY | 12/11/2021 |
| SUNDAY | 12/12/2021 |
| MONDAY | 12/13/2021 |
| TUESDAY | 12/14/2021 |
| WEDNESDAY | 12/15/2021 |
| THURSDAY | 12/16/2021 |
| FRIDAY | 12/17/2021 |
| SATURDAY | 12/18/2021 |
| SUNDAY | 12/19/2021 |
| MONDAY | 12/20/2021 |
| TUESDAY | 12/21/2021 |
| WEDNESDAY | 12/22/2021 |
| THURSDAY | 12/23/2021 |
| FRIDAY | 12/24/2021 |
| SATURDAY | 12/25/2021 |
| SUNDAY | 12/26/2021 |
| MONDAY | 12/27/2021 |
| TUESDAY | 12/28/2021 |
| WEDNESDAY | 12/29/2021 |
| THURSDAY | 12/30/2021 |
| FRIDAY | 12/31/2021 |
| SATURDAY | 1/1/2022 |

**Barry S. Seibel, M.D.**            **James J. Salz, M.D.**

## OUTPATIENT PREOPERATIVE HISTORY AND PHYSICAL FORM

PLEASE GIVE THIS FORM TO YOUR **M.D.** FOR YOUR MEDICAL CLEARANCE

Patient Name: _Ellen Stone_