# INVOICE

**Smogs Just Smogs 16 Min.**

STAR Certified SMOG CHECK STATION

SMOG CHECK TEST ONLY

11825 Santa Monica Blvd
Los Angeles, CA 90025

Phone: ███████████

STONE, ELLEN
███████████

| Ph1: | Ph2: | Ph3: |
|---|---|---|

RO: R1420
PO:
DATE: 10/26/20
TIME IN: 1:44PM

202377

| Lic #: NONE | Mileage: 27303 |
|---|---|
| Vin: ███████████ | Engine: 2.0L |
| Trans: A 6 | GVWR: |
| Vehicle: 2016 AUDI Q3 PRESTIG | |

| | | |
|---|---|---|
| SMOG | | 61.75 |
| CERTIFICATE | 1.00   8.25 | 8.25 |

**PASSED**

| | | | | | |
|---|---|---|---|---|---|
| [ ] PCV | [ ] CARB | [ ] AIS | [ ] EGR | [ ] PASSED | CALIFORNIA _____ |
| [ ] SPK | [ ] FI | [ ] VAC | [ ] AIR | [ ] FAILED | FEDERAL _____ |
| [ ] EVAP | [ ] O2 | [ ] OTH | [ ] TAC | [ ] ABORTED | UNKNOW _____ |
| [ ] CAT | [ ] WIR | | [ ] SC/TC | | TIMING _____ |
| | | | | | EM LIGHT _____ |

| LABOR: | 61.75 |
|---|---|
| PARTS: | 0.00 |
| TRNS.FEE: | 0.00 |
| CERT.: | 8.25 |
| TAX: | 0.00 |
| **TOTAL:** | **70.00** |
| PAID: | 70.00 |
| BALANCE | 0.00 |

**Payments**
10/26/20  Amex    70.00

I AGREE TO THE TERMS AND CONDITIONS    X_____    DATE:_____





**16 MIN. SMOG ✓**

STAR Certified SMOG CHECK STATION

11825 Santa Monica Blvd
Los Angeles, CA 90025
Phone: (310)478-1970   Fax:

STONE, ELLEN

| Ph1: | Ph2: | Ph3: |

**INVOICE**

RO: R8167
PO:
DATE: 9/09/22
TIME IN: 10:01AM

202377

| Lic #: NONE | Mileage: X |
| Vin: ■■■ | Engine: 2.0L |
| Trans: A 6 | GVWR: |
| Vehicle: 2016 AUDI Q3 PRESTIG | |

| | | | |
|---|---|---|---|
| SMOG | | | 61.75 |
| CERTIFICATE | 1.00 | 8.25 | 8.25 |

**PASSED**

| | | | | | |
|---|---|---|---|---|---|
| [ ] PCV | [ ] CARB | [ ] AIS | [ ] EGR | [ ] PASSED | CALIFORNIA ____ |
| [ ] SPK | [ ] FI | [ ] VAC | [ ] AIR | [ ] FAILED | FEDERAL ____ |
| [ ] EVAP | [ ] O2 | [ ] OTH | [ ] TAC | | UNKNOW ____ |
| [ ] CAT | [ ] WIR | | [ ] SC/TC | [ ] ABORTED | TIMING ____ |
| | | | | | EM LIGHT ____ |

**Payments**
9/09/22 Visa       70.00

| LABOR: | 61.75 |
| PARTS: | 0.00 |
| TRNS.FEE: | 0.00 |
| CERT.: | 8.25 |
| TAX: | 0.00 |
| TOTAL: | 70.00 |
| PAID: | 70.00 |
| BALANCE | 0.00 |

I AGREE TO THE TERMS AND CONDITIONS     X_____     DATE:_____