1  SOLOMON E. GRESEN, ESQ. (SBN 164783)
   **RGLAWYERS, LLP**
2  16200 Ventura Blvd., Suite 407A
   Encino CA 91436
3  Tel: (818) 815-2737
   Fax: (818) 815-2737
4  *seg@rglawyers.com*

5
   JASON M. INGBER, ESQ. (SBN 318323)
6  **Law Offices of Jason M. Ingber**
   3580 Wilshire Blvd., Suite 1260
7  Los Angeles, CA 90010
   Tel: (310) 270-0089
8  *ji@jasoningber.com*

9
   Attorneys for Plaintiff, Andrea Love
10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14 | **ANDREA LOVE**, an individual, | Case No.: 2:23-cv-3122 |

15 | Plaintiff, |

16 | vs. | **COUNSEL JASON M. INGBER'S DECLARATION IN SUPPORT OF PLAINTIFF'S EX-PARTE APPLICATION TO REFILE THE NOTICE OF MOTION AND MOTION TO REMAND REMOVED ACTION WITH CORRECT HEARING DATES**

17 | **ELLEN STONE**, an individual; and DOES 1 through 25, inclusive |

18 |

19 | Defendants. |

20 |

21 | | *(28 U.S.C.S. §1447(c))*

22

23    Complaint Filed: 2.28.2023
      LASC Case No.: 23STCV04399
24

25

26

27

28

                              1

1. I, Jason M. Ingber, work for RGLaywers LLP and Solomon Gresen and am co-counsel for Plaintiff and lead trial counsel for this matter and if called upon to testify could and would testify to the following under the penalty of perjury.

2. On June 21, 2023, this Court allowed Plaintiff to re-file her Motion for Remand by Friday June 23, 2023.

3. I was so focused on the procedure of the Motion and under pressure to timely and correctly file the Motion that I inadvertently misdated the Motion and used the wrong year when inputting the information for the docket entry.

4. I am humiliated by this mistake as I spent numerous hours on the Motion and understand that this Court has provided Plaintiffs with numerous chances to file this Motion.

5. I will employ belt and suspenders approach to every filing in this action.

6. Please do not prejudice Plaintiff for her counsel's oversight.

7. On June 26, 2023, I called defense counsel Brook Hammond twice to inform her of the accompanying ex-parte at her office line, but she did not pick up her phone.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of June 2023, in Los Angeles, California.

/s/ *Jason M. Ingber*
Jason M. Ingber