1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREA LOVE**, an individual, | Case No. 2:23-cv-3122 |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S EX-PARTE TO WITHDRAW DOCKET #37 AND REFILE TO NOTICE OF MOTION AND MOTION TO REMAND REMOVED ACTION WITH CORRECT HEARING DATES** |
| v. | |
| **ELLEN STONE**, an individual; and DOES 1 through 25, inclusive | *(28 U.S.C.S. §1447(c))* |
| Defendants | *Complaint Filed: 2.28.2023*<br>*LASC Case No.: 23STCV04399* |

1

**NOTICE OF MOTION AND MOTION TO REMAND REMOVED ACTION**

Civil Action, File No.23STCV04399

## ORDER GRANTING MOTION TO RE-FILE

The ex-parte motion of Plaintiff Andrea Love for an Order to allow Plaintiff to re-file Docket #37 in the above-entitled action was considered by this Court on the papers.

This Court **GRANTS** Plaintiff's ex-parte to correct her Motion to Remand Docket #37 and **GRANTS** Plaintiff leave to re-file her Motion to Remand Docket #37 with correct dates.

Dated: June 27, 2023                                  THE HONORABLE JOHN F. WALTER

_____
District Court Judge John F. Walter