# EXHIBIT A

In 2016 I moved to Los Angeles from Chicago. I wanted to live closer to my adult daughter, my girl who had recently dropped out of graduate school and ~~these two and rented a house in Los Angeles~~ needed support (Also I wanted to be closer to the Dare community and the ~~spiritual~~ ans — ~~have friends~~

Shortly after I moved some friends invited me to an Ifa service. I started going to a service to learn about Ifa from the community, when over dinner they told me how Ifa was based in Nigeria and was also a base for the diaspora, manifested to the Caribbean ~~and~~ ~~I had left visited~~

Friends invited me to go to them to an IFA service in E Los Angeles. I didn't know much about IFA except that it was the root of diaspora Africans a.f. and but as for many years I had faced in Haitian Vaudou and Cubans (called tiros in Vaudou) the energy that can ~~enter~~ new and it was many years ago, but my mother ~~red had~~ therefore had a close rel. w/ a young Haitian doctor on an art trip in Haiti. I had been in love w/ a young Haitian doctor (in the 20's) who introduced me to the spirits in the arts.

They said that Ifa under the ~~sacred~~ cosmology of energetic

I met Babo shortly after I moved to Los Angeles from Chicago. Some friends from the T Dare community