# EXHIBIT H



## Primo Driving Schools

10909 Kinross Ave., Los Angeles, CA 90024, Phone: (888)978-7299, Fax: (424)293-8502

## Payment Receipt

| | | | |
|---|---|---|---|
| Student: | Stone , Ellen | Contact: | Home: |
| Address: | | | |
| City, State Zip: | Los Angeles , CA 90036 | | |

**Student Balance: $0.00**

| Date Paid | Trans# | Type | Detail | Amount |
|---|---|---|---|---|
| 06/14/2021 | 5512 | CC | American Express, 4000 | $420.00 |

Thank You For Your Business

June 08,2023, 4:35 PM