# EXHIBIT K

# Smogs Just Smogs 16 Min.

**INVOICE**

**STAR Certified SMOG CHECK STATION**

**SMOG CHECK TEST ONLY**

11825 Santa Monica Blvd
Los Angeles, CA 90025

Phone:

STONE, ELLEN

Ph1:   Ph2:   Ph3:

202377

RO: R1420
PO:
DATE: 10/26/20
TIME IN: 1:44PM

Lic #: NONE
Vin:
Trans: A 6
Vehicle: 2016 AUDI Q3 PRESTIG

Mileage: 27303
Engine: 2.0L
GVWR:

| Description | Qty | Price | Amount |
|---|---|---|---|
| SMOG | | | 61.75 |
| CERTIFICATE | 1.00 | 8.25 | 8.25 |

**PASSED**

| | | | | | | |
|---|---|---|---|---|---|---|
| [ ] PCV | [ ] CARB | [ ] AIS | [ ] EGR | [ ] PASSED | CALIFORNIA | LABOR: 61.75 |
| [ ] SPK | [ ] FI | [ ] VAC | [ ] AIR | [ ] FAILED | FEDERAL | PARTS: 0.00 |
| [ ] EVAP | [ ] O2 | [ ] OTH | [ ] TAC | [ ] ABORTED | UNKNOW | TRNS.FEE: 0.00 |
| [ ] CAT | [ ] WIR | | [ ] SC/TC | | TIMING | CERT.: 8.25 |
| | | | | | EM LIGHT | TAX: 0.00 |

**Payments**

10/26/20 Amex   70.00

TOTAL: 70.00
PAID: 70.00
BALANCE: 0.00

I AGREE TO THE TERMS AND CONDITIONS    X_____    DATE:_____

**16 MIN. SMOG** — **JUST SMOGS** — SMOG CHECK TEST ONLY — STAR Certified SMOG CHECK STATION

**State of California SMOG ✓**

11825 Santa Monica Blvd
Los Angeles, CA 90025
Phone: (310)478-1970   Fax:

STONE, ELLEN

Ph1:   Ph2:   Ph3:

**INVOICE**

RO: R8167
PO:
DATE: 9/09/22
TIME IN: 10:01AM

202377

| | |
|---|---|
| Lic #: NONE | Mileage: X |
| Vin: [redacted] | Engine: 2.0L |
| Trans: A 6 | GVWR: |
| Vehicle: 2016 AUDI Q3 PRESTIG | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| SMOG | | | 61.75 |
| CERTIFICATE | 1.00 | 8.25 | 8.25 |

**PASSED**

| | | | | | | |
|---|---|---|---|---|---|---|
| [ ] PCV | [ ] CARB | [ ] AIS | [ ] EGR | [ ] PASSED | CALIFORNIA ___ | |
| [ ] SPK | [ ] FI | [ ] VAC | [ ] AIR | [ ] FAILED | FEDERAL ___ | |
| [ ] EVAP | [ ] O2 | [ ] OTH | [ ] TAC | [ ] ABORTED | UNKNOW ___ | |
| [ ] CAT | [ ] WIR | | [ ] SC/TC | | TIMING ___ | |
| | | | | | EM LIGHT ___ | |

| | |
|---|---|
| LABOR: | 61.75 |
| PARTS: | 0.00 |
| TRNS.FEE: | 0.00 |
| CERT.: | 8.25 |
| TAX: | 0.00 |

**Payments**
9/09/22 Visa   70.00

| | |
|---|---|
| TOTAL: | 70.00 |
| PAID: | 70.00 |
| BALANCE | 0.00 |

I AGREE TO THE TERMS AND CONDITIONS    X_____    DATE:_____