# EXHIBIT L



 

**3 People**

Service Specialist will be performing your service on Friday, Dec 23rd between 11:00am-2:00pm. Please ensure all gates are unlocked and pets are put away to allow access to your yard. If you will not be home and need interior service, you can call our office to schedule an appointment and we will return to treat the interior at no

Sandy

Thank you

Wed, Feb 15 at 11:09 AM

office to schedule an appointment and we will return to treat the interior at no additional cost! 714-702-1058

Mon, Jan 23 at 7:19 AM

Help your service technician win our coveted 5 STAR SERVICE award! Check your email for links and make sure to mention their name in the comments. https://g.page/r/CZK-CxY-WSuLEB0/review

Today 10:58 AM

Hi Ellen!/n/n A HomeShield Service Specialist will be performing your service on Friday, Feb 17th Morning. Please ensure all gates are unlocked and pets are put away to allow access to your yard. If you will not be home and need interior service, you can call our office to schedule an appointment and we