**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDREA LOVE**, an individual, | Case No. 2:23-cv-3122 |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO REMAND REMOVED ACTION |
| v. | *(28 U.S.C.S. §1447(c))* |
| **ELLEN STONE**, an individual; and DOES 1 through 25, inclusive | *Complaint Filed:  2.28.2023*<br>*LASC Case No.:  23STCV04399* |
| Defendants | |

1

**ORDER TO REMAND REMOVED ACTION**

|   |   |
|---|---|
| 1 | Civil Action, File No.23STCV04399 |
| 2 | **ORDER GRANTING REMAND** |
| 3 | 28 U.S.C.S. §1447(c) |

The Motion of Plaintiff Andrea Love for an Order to Remand the above-entitled action to the State Court of the State of California, City and County of Los Angeles, came on regularly for hearing by the Court on Monday, August 7, 2023. Plaintiff appeared by counsel and Defendant appeared by counsel.

This Court hereby **GRANTS** Plaintiff's Motion as this Court has no subject matter jurisdiction, and

**IT SO ORDERED** that this case is hereby **REMANDED** to Los Angeles Superior Court for the County of Los Angeles.

Dated: _____, 2023           THE HONORABLE JOHN F. WALTER

                                    _____
                                    District Court Judge John F. Walter